UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TRINA MOORE,                     )<br>        Plaintiff,       )<br>                     )<br>      v.                 )<br>                     )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security,                )<br>        Defendant.     ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-80-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 43] are OVERRULED, plaintiffs motion for judgment on the pleadings [D.E. 33] is DENIED, defendant's motion for judgment on the pleadings [D.E. 38] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on June 9, 2016, and Copies To:**

| | |
|---|---|
| Janet M. Lyles | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

DATE:                                        JULIE RICHARDS JOHNSTON, CLERK

June 9, 2016                    (By) /s/ Nicole Briggeman
                                              Deputy Clerk